# United States Bankruptcy Court
## Southern District of Georgia

| | | | |
|---|---|---|---|
| In re | **James Darwin Fowler, Jr.** <br> **Jennifer Belle Fowler** <br> Debtor(s) | Case No. <br> Chapter | **10-30621** <br> **13** |

## AMENDED CHAPTER 13 PLAN AND MOTION
[General Order 2005-3 Approved Form]

1. Debtor(s) shall pay to the Trustee the sum of $ __**503.73**__ for the applicable commitment period of:

   ☒ 60 months: **or**       (If applicable include the following): These plan payments
   ☐ a minimum of 36 months. § 1325(b)(4).       change to $____ in month ____.

2. From the payments so received, the Trustee shall make disbursements as follows:

   (a) The Trustee percentage fee as set by the United States Trustee.

   (b) Attorney fees allowed pursuant to § 507(a)(2) of $ __**2,500.00**__ to be paid in accordance with applicable General Orders of this Court.

   (c) Other § 507 claims, unless provided for otherwise in the plan will be paid in full over the life of the plan as funds become available in the order specified by law.

   (d) ☐ Monthly payments according to the contract on the following long-term debts. § 1322(b)(5). (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim):

   | CREDITOR | MONTH OF FIRST TRUSTEE PAYMENT | INITIAL MONTHLY PAYMENT |
   |---|---|---|
   | **-NONE-** | | |

   **IN THE ALTERNATIVE:**

   ☒ Debtor will make post-petition payments direct to creditor according to the contract on the following long-term debts:

   | CREDITOR | INITIAL MONTHLY PAYMENT |
   |---|---|
   | **Montgomery Bank & Trust** | **$650.00** |

   (e) Fully Secured Allowed Claims and Executory Contracts as set forth below:

   | CREDITOR | COLLATERAL | ESTIMATED CLAIM | INTEREST RATE | MONTHLY PAYMENT |
   |---|---|---|---|---|
   | **Farmers Furniture** | **Window Unit Air Conditioner** | **$889.00** | **4.50**% | **minimum $8.89** |
   | **SC Services and Associates** | **Driver's License (SP 75/55) James Darwin Fowler** | **$523.60** | **0.00**% | **minimum $5.23** |

   (f) Undersecured Allowed Claims. Debtor moves to value the collateral partially securing the following claims pursuant to §506 and provide payment in satisfaction of those claims as set forth below:

   | CREDITOR | COLLATERAL | VALUATION | INTEREST RATE | MONTHLY PAYMENT |
   |---|---|---|---|---|
   | **21st Mortgage Corp** | **1994 Fleetwood (16x80) manufactured home** | **$2,000.00** | **4.50**% | **minimum $20.00** |

| CREDITOR | COLLATERAL | VALUATION | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|
| Chrysler Financial | 2007 Dodge Ram 1500 Quad Cab | $17,500.00 | 4.50% | minimum $175.00 |

    (g) Cure payments on allowed prepetition arrearage claims set forth below. § 1322(b)(5):

| CREDITOR | ESTIMATED PREPETITION CLAIM |
|---|---|
| -NONE- | |

    (h) The following unsecured allowed claims are classified to be paid at 100% ☐ with interest at ____ %; ☒ without interest.

| CREDITOR |
|---|
| -NONE- |

    (i) Allowed general unsecured claims, including the unsecured portion of any bifurcated claims provided for in ¶2(f) or 6, will be paid a __0__ % dividend or a prorata share of $ __0.00__ , whichever is greater.

3. Debtor will make § 1326(a)(1) pre-confirmation lease and adequate protection payments on allowed claims of the following creditors:     ☐ Direct to the Creditor; or     ☒ To the Trustee

| CREDITOR | ADEQUATE PROTECTION OR LEASE PAYMENT AMOUNT |
|---|---|
| 21st Mortgage Corp | $20.00 |
| Chrysler Financial | $175.00 |
| Farmers Furniture | $8.89 |
| SC Services and Associates | $5.23 |

4. Debtor will pay all post-petition domestic support obligations direct to the holder of such claim identified here. § 101(14A). Debtor requests Trustee to provide the statutory notice of § 1302(d) to these claimants.

| CREDITOR | ADDRESS |
|---|---|
| -NONE- | |

5. Pursuant to 11 U.S.C. §522(f), debtor moves to avoid the liens of the following creditors, upon confirmation but subject to § 349, with respect to the property described below:

| CREDITOR | PROPERTY |
|---|---|
| Security Finance | Non-Purchase Money Security Interest in 42" Flat Screen, Printer, and 2nd Lien on 2007 Polaris (Polaris surrendered through Plan) |

6. The following collateral is surrendered to the creditor to satisfy the secured claim to the extent shown below:

| CREDITOR | DESCRIPTION OF COLLATERAL | AMOUNT OF CLAIM SATISFIED |
|---|---|---|
| HSBC | 2007 Yamaha 250cc 4-wheeler | FULL SATISFACTION |
| Hsbc/Polaris | 2007 Polaris 500cc 4-wheeler | FULL SATISFACTION |
| Splash Card | Above Ground Swimming Pool (16x32) with Salt Water System | FULL SATISFACTION |

7. Holders of allowed secured claims shall retain the liens securing said claims to the full extent provided by § 1325(a)(5).

8. Other provisions:

    **(1) The Debtors request the Court's permission to make interest payments to secured creditors in the plan at the rate of 4.50%.**

**(2) Mortgage payments to be applied to post-petition payments owed to principal, interest, escrow, advances, and post-petition charges, if applicable. Any charges advance or other charges assessed or incurred by a creditor based upon occurrences during the pendency of this case must be disclosed to the Debtor and the Trustee, who may then have an opportunity to file an objection with the Court.**

9. The amount, and secured or unsecured status, of claims disclosed in this Plan are based upon debtor's best estimate and belief. An allowed proof of claim will supersede those estimated claims. Objections to claims may be filed before or after confirmation. Debtor will increase payments in the amount necessary to fund allowed claims as this Plan proposes, after notice from the Trustee and a hearing if necessary, unless a Plan Modification is approved.

Date **January 5, 2011**              Signature   **/s/ James Darwin Fowler, Jr.**
                                                  **James Darwin Fowler, Jr.**
                                                  Debtor

Date **January 5, 2011**              Signature   **/s/ Jennifer Belle Fowler**
                                                  **Jennifer Belle Fowler**
                                                  Joint Debtor

*Revised 10/2005*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                              Best Case Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: | ] | |
| | ] | |
| JAMES DARWIN FOWLER, JR. | ] | CHAPTER 13 |
| JENNIFER BELLE FOWLER | ] | CASE NO. 10-30621-SDB |
| | ] | |
| DEBTOR(S) | ] | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the following parties with a copy of the within and foregoing Amended Chapter 13 Plan & Motion, Notice of Commencement, and Proof of Claim Form by depositing the same in the United States Mail in a properly addressed envelope with first class postage, to wit:

See Attached "Exhibit A"
MAILING MATRIX

This 5th day of January, 2011.

HAMILTON & MADDOX, LLC

/s/ Lance J. Hamilton            .
Lance J. Hamilton
Attorney for Debtors
State Bar of Georgia No. 277676

P.O. Box 1343
205 Smith Street
Vidalia, GA 30475
912-537-3025

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-3<br>Case 10-30621-SDB<br>Southern District of Georgia<br>Dublin<br>Wed Jan  5 09:22:24 EST 2011 | 21st Mortgage Corp<br>620 Market St Ste 100<br>Knoxville TN 37902-2208 | 21st Mortgage Corp<br>P.O. Box 148<br>Memphis TN 38101-0148 |
| (p)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | 21st Mortgage Corporation, Its Successors or<br>c/o Topping & Associates, LLC<br>1930 North Druid Hills Rd.<br>Suite B<br>Atlanta, GA 30319-6009 | Allcare Pharmacy DME<br>112 South Oxley Drive<br>Lyons GA 30436-5645 |
| Susan D. Barrett<br>Augusta, GA | Patti H. Bass<br>Bass & Associates, PC<br>3936 E Ft Lowell Rd, Ste 200<br>Tucson, AZ 85712-1083 | Bill Me Later<br>P.O. Box 105658<br>Atlanta GA 30348-5658 |
| Capital One Bank<br>P.O. Box 71083<br>Charlotte NC 28272-1083 | Capital One, N.a.<br>C/O American Infosource<br>P.O. Box 54529<br>Oklahoma City OK 73154-1529 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 |
| Chrysler Financial<br>P.O. Box 9218<br>Farmington Hills MI 48333-9218 | Chrysler Financial Services Americas, LLC<br>c/o The Hale Law Group,PLLC<br>88 Union Avenue,Suite 700<br>Memphis,TN 38103-5128 | Drive Credit<br>Processing Center<br>Des Moines IA 50364-0001 |
| Drive Credit/citi<br>P.O. Box 6497<br>Sioux Falls SD 57117-6497 | Farmers Furniture<br>Attn: Corporate Credit<br>PO Box 1140<br>Dublin, GA 31040-1140 | Farmers Furniture<br>602 First Street<br>Vidalia GA 30474-4213 |
| Farmers Furniture - Vidalia<br>Corporate Credit Dept<br>P.O. Box 1140<br>Dublin GA 31040-1140 | James Darwin Fowler Jr.<br>P.O. Box 1523<br>Lyons, GA 30436-6523 | Jennifer Belle Fowler<br>P.O. Box 1523<br>Lyons, GA 30436-6523 |
| Gemb/gap<br>Attention:  Bankruptcy<br>P.O. Box 103104<br>Roswell GA 30076-9104 | Gemb/walmart<br>P.O. Box 981400<br>El Paso TX 79998-1400 | Georgia Emergency Associates<br>P.O. Box 10066<br>Savannah GA 31412-0266 |
| Gevalia<br>Homparken Square<br>P.O. Box 6276<br>Dover DE 19905-6276 | HSBC<br>Hsbc Retail Services  Attention:  Bankru<br>P.O. Box 5213<br>Carol Stream IL 60197-5213 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | HSBC Retail - Polaris<br>Dept 7680<br>Carol Stream IL 60116-0001 | Lance J. Hamilton<br>Hamilton & Maddox, LLC<br>P O Box 1343, 205 Smith St<br>Vidalia, GA 30475-1343 |

| | | |
|---|---|---|
| Jennifer Powers Himes<br>The Hale Law Group, PLLC<br>88 Union Avenue, Suite 700<br>Memphis, TN 38103-5128 | Hsbc/Polaris<br>P.O. Box 15521<br>Wilmington DE 19850-5521 | Lanier Collection Agency<br>330 Benfield Dr<br>Savannah GA 31406-2604 |
| Lanier Collection Agency<br>PO Box 15519<br>Savannah GA 31416-2219 | Huon Le<br>P O Box 2127<br>Augusta, GA 30903-2127 | Lowes<br>P.O. Box 530914<br>Atlanta GA 30353-0914 |
| Lowes / MBGA<br>Attention: Bankruptcy Department<br>P.O. Box 103104<br>Roswell GA 30076-9104 | Montgomery Bank & Trust<br>Attn: Department of Special Assets<br>P.O. Box 9<br>Ailey GA 30410-0009 | PayPal<br>P.O. Box 981416<br>El Paso TX 79998-1416 |
| PayPal Plus<br>P.O. Box 960080<br>Orlando FL 32896-0080 | Reproductive<br>903 15th St<br>Endocrinology, PC<br>Augusta GA 30901-2607 | SC Services and Associates<br>P.O. Box 3116<br>Lake City FL 32056-3116 |
| Security Finance<br>1305 E. First Street<br>Vidalia GA 30474-5501 | Security Finance<br>Attn: Bankruptcy<br>P.O. Box 1893<br>Spartanburg SC 29304-1893 | Splash Card<br>P.O. Box 94498<br>Las Vegas NV 89193-4498 |
| Kandace Charjean Stewart<br>Hale Dewey & Knight PLLC<br>88 Union Ave Suite 700<br>Memphis, TN 38103-5128 | Thomas Topping<br>Topping & Associates, LLC<br>1930 North Druid Hills Rd, Ste B<br>Atlanta, GA 30319-6009 | Verizon Wireless<br>P.O. Box 660108<br>Dallas TX 75266-0108 |
| Vidalia Imaging Assoc<br>P.O. Box 13220<br>Savannah GA 31416-0220 | Vidalia Imaging Assoc<br>P.O. Box 15519<br>Savannah GA 31416-2219 | Vidalia Medical Associates PC<br>P.O. Box 1367<br>Vidalia GA 30475-1367 |
| Wal-Mart<br>P.O. Box 530927<br>Atlanta GA 30353-0927 | WalMart/GEMB<br>P.O. Box 530927<br>Atlanta GA 30353-0927 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale, IA 50323-2310 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| 21st Mortgage Corp.<br>PO Box 477<br>Knoxville, TN 37901 | Chrysler Financial<br>P.O. Box 9001921<br>Louisville KY 40290 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Chrysler Financial Services Americas LLC f      End of Label Matrix
                                                   Mailable recipients    53
                                                   Bypassed recipients     1
                                                   Total                  54
```